FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Rios, Pedro Osuna DEFENDANT(S). | CASE NUMBER SA10-395M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _def_, IT IS ORDERED that a detention hearing is set for _Tuesday Oct 5, 2010_, at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _Robert N Block_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/1/10_

**ROBERT N. BLOCK**
U.S. District Judge/Magistrate Judge

---